BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
John C. Ohman (JO 0655)
900 Third Avenue
New York, New York 10022
(212) 895-2000

**JUDGE MARRERO**

**04 CV 3882**

**ECF CASE**

Attorneys for Plaintiff
Van Wagner Enterprises, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

VAN WAGNER ENTERPRISES, LLC,

           Plaintiff,

    v.

ALEXANDER BROWN,

           Defendant.

----------------------------------------X

Civil Action No.

**RULE 7.1 DISCLOSURE**
**STATEMENT**

[RECEIVED MAY 21 2004 U.S.D.C. S.D.N.Y. CASHIERS]

    Plaintiff Van Wagner Enterprises, LLC, a nongovernmental corporate entity, hereby submits the following Disclosure Statement in compliance with Federal Rule of Civil Procedure 7.1.

    1.    Van Wagner Enterprises, LLC has no parent corporation;

    2.    No publicly held corporation owns 10% or more of Van Wagner Enterprises, LLC's stock.

BRMFS1 492776v1

Dated: New York, New York
      May 21, 2004

                                      BROWN RAYSMAN MILLSTEIN
                                      FELDER & STEINER LLP

                                      By: _____
                                          John C. Ohman (JO 0655)
                                          A Member of the Firm
                                          900 Third Avenue
                                          New York, New York 10022-4728
                                          (212) 895-2000

                                          Attorneys for Plaintiff
                                          Van Wagner Enterprises, LLC