# BROWN RAYSMAN

**BROWN RAYSMAN MILLSTEIN FELDER & STEINER** LLP

RECEIVED JUN 14

John C. Ohman
Partner
212 895 2290
E-mail: JOhman@BROWNRAYSMAN.COM
Web Site: WWW.BROWNRAYSMAN.COM

June 11, 2004

**Federal Express**

Honorable Victor Marrero
United States District Judge
United States Courthouse
40 Centre Street, Room 414
New York, New York 10007

  Re: Van Wagner Enterprises, LLC v. Alexander Brown
     Civil Action No. 04-CV-3882 (VM)

Dear Judge Marrero:

  This firm represents Plaintiff Van Wagner Enterprises, LLC in this action, and we write on behalf of all parties herein to jointly request that Defendant's time to answer or move in response to the Complaint be extended from July 1, 2004 to through and including July 19, 2004. The Defendant resides in the United Kingdom and, through his English solicitor, Meriel Schindler, has requested additional time in which to retain counsel in New York and prepare a response to the Complaint. The Plaintiff has consented to this extension.

  This Court has scheduled a status conference for July 9, 2004 in this case. An extension of time within which to answer the Complaint will also necessitate an adjournment of that conference. The parties, therefore, also jointly request an adjournment of the status conference until July 26, 2004.

  Should your Honor require any further information, please do not hesitate to contact me.

            Respectfully,

            John C. Ohman

cc: Meriel Schindler, Esq.

---

Request GRANTED. The _initial_ conference herein is rescheduled to 7-23-04 at 9:45 a.m. Def. do.'ts time to answer or move herein is extended to _____
SO ORDERED. 7-19-04.

6-14-04
DATE     VICTOR MARRERO, U.S.D.J.

BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP  900 THIRD AVENUE NEW YORK NY 10022  T 212-895-2000  F 212-895-2900  brownraysman.com