McGuireWoods LLP
1345 Avenue of the Americas
New York, NY 10105-0106
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Richard L. Jarashow
Direct: 212.548.7046

# McGuireWoods

rjarashow@mcguirewoods.com
Direct Fax 212.715.6272

July 16, 2004

**Via Facsimile:**
**(212) 805-6382**

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONIC/ LY  FILED            │
│ DOC #: _____            │
│ DATE FILED: 7-20-04              │
└─────────────────────────────────┘
```

Honorable Judge Victor Marrero
United States District Court
Southern District of New York
40 Centre Street
Courtroom 905
New York, New York 10007

Re:   *Van Wagner Enterprises, LLC v. Alexander Brown*
*Civil Action No.: 04CV3882*

Dear Judge Marrero:

    We have recently been retained to represent Mr. Alexander Brown, the defendant in the captioned action which is before Your Honor, although we have not yet appeared in the action. At the suggestion of plaintiff's counsel, we are writing this letter to Your Honor, to request an extension of time to respond to the Complaint.

    By agreement entered into between counsel for the plaintiff, Van Wagner Enterprises, LLC and Mr. Brown before we were retained, the time for defendant to move, answer, agree or otherwise respond to the Complaint is Monday, July 19, 2004. As a result of information recently brought to our attention, we have agreed with plaintiff's attorney, that it would be mutually advantageous toward a possible resolution of the actions for a further brief two-week extension to and including August 2, 2004.

    Accordingly, on consent of Brown Raysman Millstein Felder & Steiner LLP, receiving this letter in telefax copy, it is respectfully requested that the Court grant a brief extension to and including August 2, 2004 for defendant Alexander Brown to appear, move, answer or otherwise respond to the Complaint.

Request GRANTED. The time for defendant(s) to
answer or otherwise move with respect to the complaint
in this action is extended to  8-2-04 .

SO ORDERED.

7-19-04
DATE      VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

Richard L. Jarashow

\\PRO\263356 1