# BROWNRAYSMAN

BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP

John C. Ohman
Partner
212 895 2290
E-mail: JOhman@BROWNRAYSMAN.COM
Web Site: WWW.BROWNRAYSMAN.COM

August 23, 2004

**Via Facsimile: 212.805.6382**

Honorable Victor Marrero
United States District Judge
United States Courthouse
40 Centre Street, Room 414
New York, New York 10007

      Re:   Van Wagner Enterprises, LLC v. Alexander Brown
           Civil Action No. 04-CV-3882 (VM)

Dear Judge Marrero:

      This firm represents Plaintiff Van Wagner Enterprises, LLC in this action, and we write to request that Plaintiff's time to reply or move in response to the counterclaim contained in Defendant's Answer and Counterclaim herein be extended from August 25, 2004 to through and including September 8, 2004. This request has been necessitated by vacation and other scheduling issues affecting the availability of my client in connection with the preparation of Plaintiff's responsive pleading or motion. I have consulted with Hollis Gonerka Bart, Defendant's counsel, and she advises me that Defendant has consented to this extension.

      No prior request has been made for the extension sought herein.

                                Respectfully,

                                John C. Ohman

cc:    Hollis Gonerka Bart, Esq. (via facsimile)
        Richard L. Jarashow, Esq. (via facsimile)

*SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.
8/26/04