**McGuireWoods LLP**
1345 Avenue of the Americas
New York, NY 10105-0106
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Duane A. Cranston
Direct: 212.548.7008

# McGUIREWOODS

*A Registered Limited Liability Partnership*

dcranston@mcguirewoods.com
Direct Fax: 212.715.6276

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-04

September 8, 2004

**Via Facsimile:**
**(212) 805-6382**

Honorable Judge Victor Marrero
United States District Court
Southern District of New York
40 Centre Street
Courtroom 905
New York, New York 10007

Re:   *Van Wagner Enterprises, LLC  v. Alexander Brown*
       *Civil Action No.: 04CV3882*

Dear Judge Marrero:

We represent Mr. Alexander Brown, the defendant in the captioned action which is before Your Honor. Counsel for plaintiffs Van Wagner Enterprises, LLC, are scheduled to submit their reply to our counterclaim in this action today, in advance of the preliminary conference before the court scheduled for this Friday, September 10, 2004.

The parties wish to discuss the reply during the preliminary conference before the court. However, in order to fully review the reply, and in order to adequately and accurately advise the court of the impact of the reply upon the proceedings and the relative positions of the parties, the parties feel that it would be more effective to adjourn the proceedings for one week until September 17, 2004.

Accordingly, on consent of Brown Raysman Millstein Felder & Steiner LLP, receiving this letter in telefax copy, it is respectfully requested that the Court grant a brief adjournment of the preliminary conference until September 17, 2004.

Request GRANTED. The *initial status* conference herein is rescheduled to *9-17-04* at *10:30 a.m.*

SO ORDERED.

*9-8-04*
DATE

VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

*[signature]*
Duane Cranston

\\COM\395080.1