**McGuireWoods LLP**
1345 Avenue of the Americas
New York, NY 10105-0106
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Hollis Gonerka Bart
Direct: 212.548.7003

# McGUIREWOODS

hbart@mcguirewoods.com
Direct Fax: 212.715.6275

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-28-04

December 16, 2004

**Via Confirmed Facsimile (212) 875-6382**
Honorable Victor Marrero
United States District Courthouse
40 Centre Street, Suite 414
New York, New York 10007

Re:    *Van Wagner Enterprises, LLC v. Alexander Brown*, Civil Action No. 04 CV 3882

Dear Judge Marrero:

At the request of your Clerk, I am writing to confirm that the pre-motion conference currently scheduled for December 17, 2004 at 9:30 a.m., has been adjourned, on consent of counsel for Plaintiff Van Wagner Enterprises, LLC, to January 14, 2004 at 11:00 a.m.

Respectfully submitted,

Hollis Gonerka Bart

cc:    John C. Ohman (via facsimile and mail)

MICROFILM    -9:00 AM    DEC 20 2004



Request GRANTED. The pre-motion conference herein is rescheduled to 1-14-05 at 11:00 a.m.

SO ORDERED.

12-16-04
DATE          VICTOR MARRERO, U.S.D.J.

U.S. DISTRICT COURT
FILED
DEC 17 2004
S.D. OF N.Y.