02/15/05  11:45 FAX 212 895 2900 2        BRMF & S LLP                                    ☒002

# BROWN RAYSMAN

BROWN RAYSMAN MILLSTEIN FELDER & STEINER ᴸᴸᴾ

John C. Ohman
Partner
212 895 2290
E-mail: JOhman@BROWNRAYSMAN.COM
Web Site: WWW.BROWNRAYSMAN.COM

February 15, 2005

**Via Facsimile: 212.805.6382**

Honorable Victor Marrero
United States District Judge
United States Courthouse
40 Centre Street, Room 414
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-1-05

Re: *Van Wagner Enterprises, LLC v. Alexander Brown*
    Civil Action No. 04-CV-3882 (VM)

Dear Judge Marrero:

This firm represents plaintiff Van Wagner Enterprises, LLC ("VWE") in the above-entitled action.

At the conclusion of the pre-motion conference held on January 14, 2005, the Court directed that I consult with my clients and confer thereafter with defendant's counsel regarding VWE's position as to certain matters discussed at the conference, including the question as to whether it is VWE's position that this action should proceed in this Court (or, alternatively, should be adjudicated in connection with an action commenced by a VWE affiliate in New York Supreme Court).

This is to advise Your Honor that VWE intends to proceed with this case in this Court. I have so advised Hollis Bart, defendant's counsel, who requests that the Court convene a conference for the purpose of setting a briefing schedule with respect to defendant's motion to dismiss the complaint for alleged failure to join indispensable parties.

Respectfully,

John C. Ohman

cc: Hollis Gonerka Bart, Esq. (Via facsimile)

*The parties are directed to confer and prepare an agreed briefing schedule by 3-4-05 for submission to the Court*

**SO ORDERED:**
2-28-05

DATE          VICTOR MARRERO, U.S.D.J.