McGuireWoods LLP
1345 Avenue of the Americas
New York, NY 10105-0106
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Hollis Gonerka Bart | **McGUIREWOODS**
Direct: 212.418.0655

hbart@mcguirewoods.com
Direct Fax: 212.715.6275

March 4, 2005

```
| USDC SDNY
| DOCUMENT
| ELECTRONICALLY FILED
| DOC #: _____
| DATE FILED: 3-4-05
```

**Via Facsimile**

Honorable Victor Marrero
United States District Judge
United States Courthouse
40 Centre Street, Suite 414
New York, New York 10007

  Re: *Van Wagner Enterprises, LLC v. Alexander Brown*, Civil Action No. 04 CV 3882

Dear Judge Marrero:

At the request of your Clerk, I am writing to request a one-week adjournment of the time for the parties to confer and submit a briefing schedule as per the Court's order received on Wednesday, March 4, 2005. The additional time is needed to permit me to confer initially with my client, Mr. Brown, who resides in the United Kingdom, and whom I have been unable to reach as of this transmission. Counsel for plaintiff consents to the requested adjournment.

Respectfully submitted,

Hollis Gonerka Bart

Cc: John C. Ohman (via facsimile and mail)

---

Request GRANTED. The time for the parties to submit an agreed briefing schedule for the motion to dismiss is extended to 3-11-05.

**SO ORDERED:**

3-4-05
**DATE**    **VICTOR MARRERO, U.S.D.J.**