# BR⬤WN RAYSMAN

**BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-14-05
```

Rebecca Tapie
973-775-8934
rtapie@brownraysman.com

March 11, 2005

<u>Via Facsimile: (212) 805-6382</u>

Honorable Victor Marrero
United States District Judge
United States Courthouse
40 Centre Street, Suite 414
New York, New York 10007

Re:   *Van Wagner Enterprises, LLC v. Alexander Brown*, Civil Action No. 04 CV 3882

Dear Judge Marrero:

My firm represents Van Wagner Enterprises, LLC in the above matter. We write pursuant to the instructions received from your Law Clerk, Amy Meselson.

Pursuant to the Court's Order of March 1, 2005, the parties were to submit a briefing schedule concerning plaintiff's request to file a motion to dismiss on March 4, 2005. Counsel for defendant requested and was granted a one-week extension to submit the briefing schedule on March 11, 2005. We write to request a further one-week extension to permit the parties to submit the briefing schedule on March 18, 2005. The additional time will permit counsel for the parties an opportunity to confer and coordinate with respect to plaintiff's motion and scheduling issues with our respective clients, some of whom reside in the United Kingdom. Counsel for defendant consents to the requested adjournment.

Respectfully submitted,

*[signature]*

Rebecca Tapie

Cc:   Hollis Gonerka Bart, Esq. (Via Facsimile)

*[Handwritten endorsement:]* Request GRANTED. The time for the parties to submit a briefing schedule with respect to the motion to dismiss is extended to 3-18-05.

SO ORDERED:
DATE: 3-11-05
VICTOR MARRERO, U.S.D.J.

BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP 900 THIRD AVENUE NEW YORK NY 10022 T 212-895-2000 F 212-895-2900 brownraysman.com