AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Van Wagner Enterprises, LLC
v.
Alexander Brown

**APPEARANCE**

Case Number: 1:04cv03882 (VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Rebecca Tapie
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, New York 10022
(212) 895-2000

I certify that I am admitted to practice in this court.

March 28, 2005
Date

Signature: *Rebecca Tapie*

Rebecca Tapie | RT 3752
Print Name | Bar Number

Brown Raysman Millstein Felder & Steiner LLP
Address

900 Third Avenue, NY, NY 10022
City          State          Zip Code

(212) 895-2000 | (212) 895-2900
Phone Number | Fax Number