# BROWN RAYSMAN

**BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP**

Rebecca Tapie
212-895-2219
rtapie@brownraysman.com

March 30, 2005

BY HAND

Honorable Victor Marrero
United States District Judge
United States Courthouse
40 Centre Street, Suite 414
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-05

Re: Van Wagner Enterprises, LLC v. Alexander Brown, Civil Action No. 04 CV 3882

Dear Judge Marrero:

My firm represents Van Wagner Enterprises, LLC in the above matter. Pursuant to the Court's Order of March 28, 2005, the parties were to appear for a conference on April 1, 2005 to discuss the matters set forth in the parties' recent letter submissions. We write, pursuant to the instruction received from your Law Clerk, to request an adjournment of the conference from April 1 to April 7, 2005 at 3:30 p.m. Counsel for defendant consents to the requested adjournment.

Respectfully submitted,

Rebecca Tapie

cc: Hollis Gonerka Bart, Esq.
John C. Ohman, Esq.

RT:rj

Request GRANTED. The next status conference herein is rescheduled to 4-7-05 at 3:30 p.m.

SO ORDERED.

3-30-05
DATE        VICTOR MARRERO, U.S.D.J.