McGuireWoods LLP
1345 Avenue of the Americas
New York, NY 10105-0106
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Richard L. Jarashow
Direct: 212.548.7016

# McGuireWoods

rjarashow@mcguirewoods.com
Direct Fax: 212.715.6272

August 9, 2005



**Via Hand Delivery**

Honorable Victor Marrero
United States District Judge
United States Courthouse
40 Centre Street, Room 414
New York, New York 10007-1581

*Van Wagner Enterprises, LLC v. Alexander Brown,* **04-CV-3882 (VM)**

Dear Judge Marrero:

I enclose courtesy copies of the following documents in connection with McGuireWoods' motion to withdraw as counsel of record for defendant Brown in the above referenced case:

1.  Notion of Motion to Withdraw as Counsel for Defendant, with supporting affirmation and exhibits, and

2.  Memorandum of Law in Support of Motion to Withdraw as Counsel.

Thank you for your consideration.

Respectfully,

Richard L. Jarashow
McGuire Woods LLP

cc:    (via first class mail and e-mail) Alexander Brown
       (via first class mail and e-mail) John C. Ohman, Esq.
       Attorneys for Plaintiff
       (via first class mail and e-mail) Hollis Gonerka Bart

\\COM\530977.1



Plaintiff is directed to respond by 8-11-05 to the request above. In the event no timely response is made the motion shall be deemed **SO ORDERED:** Granted.
8-9-05
DATE       VICTOR MARRERO, U.S.D.J.