MCGUIREWOODS LLP
Richard L. Jarashow (RJ3217)
1345 Avenue of the Americas
New York, New York 10105
(212) 548-2100
*Attorneys for Defendant*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VAN WAGNER ENTERPRISES, LLC

        Plaintiff,

v.

ALEXANDER BROWN,

        Defendant.

Civil Action No.: 04CV3882

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

    **PLEASE TAKE NOTICE** that upon the attached Affirmation of Richard L. Jarashow and the exhibits thereto, and upon all the pleadings and proceedings heretofore had herein, McGuireWoods LLP ("McGuireWoods"), counsel of record for defendant Alexander Brown will move this Court before the Honorable Judge Victor Marrero, at the United States District Court for the Southern District of New York, 40 Centre Street, New York, NY 10007, as soon as counsel can be heard on a date set by the Court, for an order pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting McGuireWoods leave to withdraw as counsel of record for defendant, granting defendant thirty (30) days within which to secure new counsel, and granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       August 8, 2005

_____
Richard L. Jarashow (RJ3217)
McGUIREWOODS LLP
1345 Avenue of the Americas

[Handwritten order: Request GRANTED. McGuireWoods is authorized to withdraw as counsel for defendant Alexander Brown herein. Defendant shall advise the Court within 30 days whether he will seek substitute counsel or proceed pro se. Any service on defendant prior to appearance by new counsel may be by recognized courier service at the address last indicated on defendant's correspondence with McGuireWoods.
SO ORDERED:
8-12-05
VICTOR MARRERO, U.S.D.J.]