```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
VAN WAGNER ENTERPRISES, LLC,         :
                                     :   04 Civ. 3882 (VM)
              Plaintiff,             :
                                     :
     -against-                       :   ORDER
                                     :
ALEXANDER BROWN,                     :
                                     :
              Defendant.             :
------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

By Order dated April 8, 2005 this case was placed on the Court's Suspense Docket to allow the parties to pursue related proceedings in New York state courts. A review of the Docket Sheet indicates that no further correspondence with the Court or other proceedings have been recorded in this action. Accordingly, plaintiff is directed to inform the Court by November 4, 2005 of the status of this matter and whether any reason remains for maintaining this case on the Court's docket. In the event no timely response is made to this Order, the Court may dismiss the action for lack of prosecution or as otherwise warranted.

SO ORDERED.

Dated:   New York, New York
         27 October 2005

                                    _____
                                         VICTOR MARRERO
                                            U.S.D.J.

[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED; DOC #: ___; DATE FILED: 10/28/05]