```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
VAN WAGNER ENTERPRISES, LLC,          :
                                      :   04 Civ. 3882 (VM)
              Plaintiff(s),           :
                                      :
     - against -                      :   ORDER
                                      :
ALEXANDER BROWN,                      :
                                      :
              Defendant(s).           :
------------------------------------- X
```

**VICTOR MARRERO**, United States District Judge.

By Order dated November 4, 2006, the Court directed plaintiff Van Wagner Enterprises, LLC, to advise the Court of the status of this case following a hearing scheduled in state court proceedings on a related matter involving the parties herein. A review of the Docket Sheet indicates that no further correspondence with the Court or other proceedings have been recorded in this action. Accordingly, it is hereby

**ORDERED** that plaintiff clarify the status of this action and indicate whether the case remains active or should be closed on the Court's docket. In the event no timely response is made to this Order by May 17, 2006, the Court may direct that the action be dismissed for lack of prosecution and the case closed.

**SO ORDERED.**

Dated:   New York, New York
         15 May 2006

                                              VICTOR MARRERO
                                                 U.S.D.J.

G:\VM\2004 Civil Cases\04cv3882\ORDER - MAY 12 06.wpd

[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 5/15/06]