# BROWN RAYSMAN

BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/06
```

John C. Ohman
partner
212-895-2290
johman@brownraysman.com

**MEMO ENDORSED**

May 16, 2006

**VIA FACSIMILE**

Honorable Victor Marrero
United States District Judge
United States Courthouse
40 Centre Street, Suite 414
New York, New York 10007

  Re: *Van Wagner Enterprises, LLC v. Alexander Brown*
     Civil Action No. 04 CV 3882 (VM)

Dear Judge Marrero:

  This firm represents Plaintiff Van Wagner Enterprises, LLC ("VWE") in the above-entitled action and we write concerning the Court's Order entered May 15, 2006 directing that VWE clarify the status of this action.

  At the suggestion of Chambers, we write to respectfully request a five (5) day extension of time, until May 22, 2006, to supply the requested status clarification in order that we may confer with our clients, some of whom are currently traveling abroad. We have not sought consent for this brief extension from counsel for defendant Mr. Alexander Brown, as McGuire Woods withdrew as counsel of record by leave of Court and to our knowledge, Mr. Brown has not retained new counsel.

Respectfully,

John C. Ohman

JCO:rt

Request GRANTED. The time for the parties to submit the status report the Court directed herein is extended to 5-22-06.

SO ORDERED:
5-17-06
DATE    VICTOR MARRERO, U.S.D.J.

BRMFS1 916472v1

BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP 900 THIRD AVENUE NEW YORK NY 10022 T 212-895-2000 F 212-895-2900 brownraysman.com