```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
VAN WAGNER ENTERPRISES, LLC,            :
                                        :   04 Civ. 3882(VM)
                    Plaintiff,          :
                                        :
        - against -                     :         ORDER
                                        :
ALEXANDER BROWN,                        :
                                        :
                    Defendant.          :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated May 23, 2006, the Court, stayed further proceedings in this action and placed the case on the Court's Suspense Docket pending resolution of a related insolvency proceeding in the United Kingdom. A review of the Docket Sheet indicates that no further correspondence with the Court or other proceedings have been recorded in this action. Accordingly, it is hereby

**ORDERED** that plaintiff clarify the status of this action and indicate whether any further proceedings are contemplated before this Court. In the event no timely response is made to this Order by May 4, 2007, the Court may direct that the action be dismissed and the case closed.

**SO ORDERED.**

Dated:   New York, New York
         30 April 2007

                                              /s/ Victor Marrero
                                              VICTOR MARRERO
                                              U.S.D.J.