DUPLICATE MINUTE ORDER



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Van Wagner Enterprises, LLC,
                      Plaintiff

-against-

Brown,
                      Defendant

ECF

2:04cv03882 (VM)

Original filed in
94-cv-07676 (CSH)

**MINUTE ORDER PURSUANT TO
MEMORANDUM FROM THE
ADMINISTRATIVE OFFICE OF THE
U.S. COURTS, DATED JUNE 15TH, 1973**

    All presently contemplated proceedings having been completed, and there having been no action for more than twelve months, there appears to be no further reason at this time to maintain this action as open for statistical purposes, the Clerk is instructed to complete a JS-6 closing report for this case.

    Nothing contained in this minute order shall be considered a dismissal or disposition of this matter, and should further proceedings in them become necessary or desirable, any party may initiate it in the same manner as if this minute order had not been entered.

SO ORDERED: May 31, 2007
DATED: New York, N.Y.

                                        *Kimba M. Wood*
                                             *Chief Judge*